IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. RAUCH,  )<br>        )<br>    Petitioner,  )<br>        )<br>    vs.  )<br>        )<br>        )<br>UNITED STATES OF AMERICA,  )<br>        )<br>    Respondent.  )<br>        )<br>_____  ) | 6:03-mj-00026 - 01 HGB<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

      Petitioner is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2255 filed May 15, 2005, challenging a misdemeanor conviction. Accompanying the petition is motion for a temporary restraining order regarding the requirement that Petitioner register with the California Department of Justice under Penal Code Section 290 as a sex offender.

      The court is unable to issue any order against individuals who are not parties to a suit pending before it. <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100 (1969).

1    "A federal court may issue an injunction if it has personal jurisdiction over the parties and
2    subject matter jurisdiction over the claim; *it may not attempt to determine the rights of*
3    *persons not before the court*." <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719,
4    727 (9th Cir. 1985) (emphasis added). The parties to this action are Petitioner and the United
5    States of America. Because the neither the State of California nor any department thereof is
6    a party to this action, this court is without jurisdiction to issue any order against it.
7    Accordingly, Petitioner's motion for a temporary restraining order is HEREBY DENIED.

10    IT IS SO ORDERED.
11    **Dated:   May 18, 2007**　　　　　　　　　　/s/  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2