**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD ADAM RAUCH,**   )<br>          )<br>     **Petitioner,**   )<br>          )<br>     vs.   )<br>          )<br>          )<br>**UNITED STATES OF AMERICA,**   )<br>          )<br>     **Respondent.**   )<br>          )<br>_____  ) | **6:03-MJ-00026 HGB**<br><br>**ORDER REQUIRING RESPONDENT TO FILE RESPONSIVE PLEADING**<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**ANSWER DUE IN 30 DAYS** |

Petitioner is proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2255.

The Court HEREBY ORDERS:

(1) Respondent SHALL SUBMIT a RESPONSIVE pleading by filing AN ANSWER addressing the merits of the Petition within **THIRTY (30)** days of the *date of service* of this order. In its answer, in addition to the merits, Respondent shall address the issue of whether Petitioner is actually required to

register with the California Department of Justice under Penal Code Section 290.

(2) Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date Respondent's Answer is filed with the Court.

(3) RESPONDENT SHALL submit a Notice of Appearance as attorney of record within **TEN  (10)** days of the date of service of this order for purposes of service of court orders.  <u>See</u>, Local Rule 83-182(a), 5-135(c).

(4) All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are applicable to this order.

IT IS SO ORDERED.

**Dated:   May 21, 2007**                         /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE

2