IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD ADAM RAUCH,**<br><br>    **Petitioner,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Respondent.** | **6:03-MJ-00026 HGB**<br><br>**ORDER TO SHOW CAUSE**<br><br>Response due in 10 days |

    Petitioner is proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2255. On May 22, 2007, the court entered an order in this case requiring Respondent to file a response to the petition within thirty days. Thirty days have passed, and Respondent has not filed an answer or otherwise responded to the court's order. Accordingly, Respondent shall, within 10 days of the date of service of this order, SHOW

CAUSE why it should not be sanctioned for failure to obey an order of the court.

  IT IS SO ORDERED.

**Dated:   July 9, 2007**             **/s/  William M. Wunderlich**
                       UNITED STATES MAGISTRATE JUDGE

2